ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT  #054725
ELLEANOR CHIN #061484
Senior Assistant Attorneys General
RENEE STINEMAN  #994610
Attorney-in-Charge
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
           Elleanor.Chin@doj.state.or.us
           Renee.Stineman@doj.state.or.us
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| A.R., a minor child, and B.C., a minor child, by their guardian ad litem RICHARD VANGELISTI; on behalf of themselves and all others similarly situated; and CASA FOR CHILDREN, INC., an Oregon not-for-profit organization,<br><br>      Plaintiffs,<br><br>      v.<br><br>STATE OF OREGON by and through its DEPARTMENT OF HUMAN SERVICES; CLYDE SAIKI, in his official capacity as Director of the Oregon Department of Human Services; and REGINALD C. RICHARDSON, in his official capacity as Deputy Director of the Oregon Department of Human Services,<br><br>      Defendants. | Case No.  3:16-cv-01895-YY<br><br>NOTICE OF ADDENDUM TO SETTLEMENT AGREEMENT |

**To the Court:**

    **PLEASE TAKE NOTICE** that by agreement of the parties, the attached Addendum has

been attached to and incorporated into the Settlement Agreement filed with this Court on

Page 1 -    NOTICE OF ADDENDUM TO SETTLEMENT AGREEMENT
       CAS/rh2/9391029-v1

February 27, 2018 (Docket #103-2).  The Settlement Agreement is modified by the Addendum providing updated notice addresses for the parties.

All parties have consented to filing of this Notice and attached Addendum.

DATED February   4  , 2019.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


   *s/ Carla A. Scott*
CARLA A. SCOTT #054725
ELLEANOR CHIN #061484
Senior Assistant Attorneys General
RENEE R. STINEMAN #994610
Attorney-in-Charge
Trial Attorneys
Tel (971) 673-1880/Fax (971) 673-5000
Carla.A.Scott@doj.state.or.us
Elleanor.Chin@doj.state.or.us
Renee.Stineman@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   NOTICE OF ADDENDUM TO SETTLEMENT AGREEMENT
     CAS/rh2/9391029-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**ADDENDUM TO FINAL SETTLMENT AGREEMENT**

*A.R., et al. v. Oregon, et al.*, **United States District Court, Case No. 3:16-cv-01895-YY**

Section X.  NOTICE of the Final Settlement Agreement is updated as follows:

**X.  NOTICE**

When notice under this Settlement Agreement is to be provided to plaintiffs, it will be provided by electronic mail to each of the following or their successors:

Emily Teplin Fox/Moises Ceja
efox@oregonlawcenter.org; Mceja@oregonlawcenter.org
OREGON LAW CENTER
522 SW 5th Avenue, Suite 812
Portland, OR  97204

Elizabeth Sher/Maggie Carlson
Liz.S@youthrightsjustice.org; Maggie.c@youthrightsjustice.org
YOUTH, RIGHTS & JUSTICE
1785 NE Sandy Blvd., Suite 300
Portland, OR  97232


When notice is to be provided to the State and/or DHS under this Settlement Agreement it will be provided by mail to each of the following:

Attorney General Oregon
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
With a copy electronically mailed to: renee.stineman@doj.state.or.us;
tina.beattywalters@doj.state.or.us

General Counsel Oregon
Department of Justice
1162 Court Street NE
Salem, OR 97301
With a copy electronically mailed to: Kristin.M.Ward@doj.state.or.us

Director of the Department of Human Services
Oregon Department of Human Services
500 Summer St. NE
Salem, OR 97301