IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASA FOR CHILDREN, INC., an Oregon not-for-profit organization,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF OREGON by and through its DEPARTMENT OF HUMAN SERVICES; FARIBORZ PAKSERESHT, in his official capacity as Director of the Oregon Department of Human Services; and REBECCA JONES GASTON, in her official capacity as Director of Child Welfare, Oregon Department of Human Services,<br><br>        Defendants. | Arbitration Arising from Agreement Settling Case No. 3:16-cv-01895-YY<br><br>**ORDER** |

MCSHANE, Judge:

Defendants having waived the prerequisites for an extension of the Settlement Agreement set forth in section VI.E, and based on the parties' joint request for an order supplementing the January 10, 2020 Arbitration Order,

IT IS HEREBY ORDERED:

1-   ORDER

4837-2407-0242.1

The Settlement Agreement is in effect, and its terms extended, through December 31, 2024.

DATED: September 21, 2020.

                                               s/Michael J. McShane
                                               Hon. Michael McShane
                                               U.S. District Court Judge